## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL RUBIN,                    ) | |
| )                                    | |
| Plaintiff,        ) | |
| )                                    | Case No. 19-cv-00688-DKC |
| v.                     ) | |
| )                                    | |
| HAMILTON BANCORP, INC., ROBERT A.    ) | |
| DEALMEIDA, BOBBI R. MACDONALD,       ) | |
| JAMES R. FARNUM, JR., WILLIAM E.     ) | |
| BALLARD, CAROL L. COUGHLIN,          ) | |
| JOSEPH J. BOUFFARD, WILLIAM W.       ) | |
| FURR, and JENNY G. MORGAN,           ) | |
| )                                    | |
| Defendants,       ) | |
| )                                    | |

### NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that plaintiff Michael Rubin ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: May 6, 2019

**OF COUNSEL:**

**WEISSLAW LLP**
Richard A. Acocelli
Michael A. Rogovin
Kelly K. Moran
1500 Broadway, 16th Floor
New York, New York 10036
Tel: (212) 682-3025
Fax: (212) 682-3010

*Attorneys for Plaintiff*

**LEVI & KORSINSKY LLP**
 */s/ Donald J. Enright*
Donald J. Enright (Bar No. 13551)
1101 30th Street, N.W., Suite 115
Washington, DC 20007
T: (202) 524-4290
F: (202) 333-2121
Email: denright@zlk.com

*Attorneys for Plaintiff*